UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PAULA FISHER,**

    **Plaintiff,**

v.   Case No. 3:22-cv-288-TKW/HTC

**ANGELYN MITCHELL** and
**MARGARET TOWNSEND,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 82). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and that Defendants are entitled to an award of attorney's fees under the parties' contract, §772.11, Fla. Stat., and Fed. R. Civ. P. 16(f)(2). Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    All remaining claims in this case are **DISMISSED**, and the Clerk shall enter judgment in Defendants' favor, stating:

Plaintiff, Paula Fisher, shall take nothing from her action against Defendants Angelyn Mitchell and Margaret Townsend, and they shall go hence without day. The Court retains jurisdiction to award attorney's fees to Defendants.

3.  Defendants' motion for determination of entitlement to attorney's fees (Doc. 62) is **GRANTED**.

4.  Defendants' motion to determine the amount of attorney's fees (Doc. 83)[1] shall be determined under Local Rule 54.1, modified as follows:

    (a)  Plaintiff shall have 14 days from the date of this Order to advise the Court whether she intends to oppose the motion to determine the amount of the fee award.

    (b)  If Plaintiff advises the Court of her intent to oppose the motion, she shall have the remainder of the 30-day period in Local Rule 54.1(F) to file a response in conformance with that rule. The parties shall then have 14 days to hold the conference required by Local Rule 54.1(G).

    (c)  If Plaintiff does not advise the Court that it intends to oppose the motion to determine the amount of the fee award within the 14-day period in paragraph 4(b), the Court will assume that Plaintiff has no objection to the

---

[1] The motion was premature when it was filed on January 13, 2023, because Defendants' entitlement to attorney's fees (at least under the contract and §772.11, Fla. Stat.) was not determined until the Court adopted the magistrate judge's Report and Recommendation and dismissed this case.

amount requested and the motion may be granted by default. *See* N.D. Fla. Loc. R. 7.1(H).

**DONE and ORDERED** this 30th day of January, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

3